1   CAROL C. LAM
    United States Attorney
2   WILLIAM A. HALL, JR.
    Assistant United States Attorney
3   California State Bar No. Pending
    United States Attorney's Office
4   Federal Office Building
    880 Front Street, Room 6293
5   San Diego, California 92101
    Telephone: (619) 557-7046
6
    Attorneys for Plaintiff
7   UNITED STATES OF AMERICA

**FILED**

SEP 1 9 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   Magistrate Case No. 06mg8684
                                     )                      06MG1504
11                    Plaintiff,     )                      06 CR2047-LAB
                                     )
12          v.                       )   **STIPULATION OF FACT AND JOINT**
                                     )   **MOTION FOR RELEASE OF**
13  MERCEDES ESPINOZA-FIGUEROA,      )   **MATERIAL WITNESS(ES) AND**
                                     )   **ORDER THEREON**
14                    Defendant.     )
                                     )   **(Pre-Indictment Fast-Track Program)**
15  ─────────────────────────────────

16      **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17  OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and

18  William   A.   Hall,   Jr.,   Assistant   United   States   Attorney,   and   defendant

19  MERCEDES ESPINOZA-FIGUEROA, by and through and with the advice and consent of defense

20  counsel, Ellis M. Johnston, Esq., Federal Defenders of San Diego, Inc., that:

21      1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

22  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

24  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

25  of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

26  § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

27  //

28  //

1    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2 provide the signed, original plea agreement to the Government not later than five business days

3 before the disposition date set by the Court.

4    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5 before **October 5, 2006**.

6    4.    The material witness, Doris Lopez-Barrios, in this case:

7         a.    Is an alien with no lawful right to enter or remain in the United States;

8         b.    Entered or attempted to enter the United States illegally on or about

9 September 2, 2006;

10        c.    Was found in a vehicle driven by defendant at the Calexico, California East

11 Port of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that she was

12 an alien with no lawful right to enter or remain in the United States;

13        d.    Was paying $1,030 to others to be brought into the United States illegally

14 and/or transported illegally to her destination therein; and,

15        e.    May be released and remanded immediately to the Department of Homeland

16 Security for return to her country of origin.

17    5.    After the material witnesses are ordered released by the Court pursuant to this

18 stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

19 reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

20 including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

21        a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

22 substantive evidence;

23        b.    The United States may elicit hearsay testimony from arresting agents

24 regarding any statements made by the material witness(es) provided in discovery, and such testimony

25 shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

26 of (an) unavailable witness(es); and,

27 //

28 
Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Mercedes Espinoza-Figueroa          2          06MG8684

1        c.       Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4  waives the right to confront and cross-examine the material witness(es) in this case.

5        6.       By signing this stipulation and joint motion, defendant certifies that defendant has

6  read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

7  further that defendant has discussed the terms of this stipulation and joint motion with defense

8  counsel and fully understands its meaning and effect.

9        Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10  immediate release and remand of the above-named material witness(es) to the Department of

11  Homeland Security for return to her country of origin.

12        It is STIPULATED AND AGREED this date.

13                                          Respectfully submitted,

14                                          CAROL C. LAM
                                            United States Attorney
15

16  Dated: 9/19/06

17                                          WILLIAM A. HALL, JR
                                            Assistant United States Attorney
18
    Dated: 9/19/06
19
                                            ELLIS M. JOHNSTON
20                                          Defense Counsel for Mercedes Espinoza-Figueroa

21  Dated: 9/19/06

22                                          MERCEDES ESPINOZA-FIGUEROA
                                            Defendant
23

24

25

26

27

28  Stipulation of Fact and Joint Motion for Release of
    Material Witness(es) And Order Thereon in
    United States v. Mercedes Espinoza-Figueroa         3                    06MG8684

1

**O R D E R**

2    Upon joint application and motion of the parties, and for good cause shown,

3    **THE STIPULATION** is admitted into evidence, and,

4    **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5 forthwith to the Department of Homeland Security for return to her country of origin.

6    **SO ORDERED.**

7    Dated:   9-19-06.

                                                    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Stipulation of Fact and Joint Motion for Release of
    Material Witness(es) And Order Thereon in
    United States v. Mercedes Espinoza-Figueroa          4                    06MG8684

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　vs.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
_Mercedes Espinoza Figueroa_　　)
　　　　　　　　Defendant(s)　　　　　)
　　　　　　　　　　　　　　　　　　　　)

CRIMINAL NO. _06CR2047 LAB_
_06mg5684_

## ORDER

### RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,　**PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

_Doris Lopez-Ramos_

DATED: ___9/19/06___

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　　　**DUSM**

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082